UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.    R19-40692-PWB          PAUL W. BONAPFEL, JUDGE
DEBTOR(S):  TERRY DEAN JOHNSON AND  DATE: OCTOBER 8, 2019
            SHANNON MARIA JOHNSON

     BRANDI L. KIRKLAND REPORT BACK IN 10 DAYS

     FOLLOWING REVIEW OF PROPOSED AMENDMENT(S).

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION BECAUSE:
     THE TRUSTEE HAS NOT RECEIVED REQUESTED DOCUMENTS.
     PLEASE ENTER AN ORDER OF DISMISSAL.
```

                                    _____/s/_____
                                    BRANDI L. KIRKLAND, ATTORNEY
                                    STATE BAR NO. 423627

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R19-40692-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

TERRY DEAN JOHNSON
630 BIG SPRINGS ROAD, SE
CALHOUN, GA 30701-4204

SHANNON MARIA JOHNSON
630 BIG SPRINGS ROAD, SE
CALHOUN, GA 30701-4204

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 30th day of October 2019


_____/s/_____
BRANDI L. KIRKLAND, ATTORNEY
STATE BAR NO. 423627




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com