**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

IN THE MATTER OF:  CASE NUMBER:

**Terry Dean Johnson,**  **19−40692−pwb**

**Shannon Maria Johnson,**  CHAPTER: **13**

JUDGE: **Paul W. Bonapfel**

Debtor(s)

# NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:** Real Time Resolutions, Inc., as agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A.

**Proposed Transferor:** THE BANK OF NEW YORK MELLON FKA THE BANK***

Owner of claim per Court records: THE BANK OF NEW YORK MELLON FKA THE BANK***

Claim Number(s) 9

Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case. Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed,

the transferee will be substituted as the claimant in this case.

Dated February 19, 2020

M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428